UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUADALUPE ACOSTA,

                        Plaintiff,

-v-

KENNEDY CHILDREN'S CENTER,

                        Defendant.

24 Civ. 3358 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As discussed at today's case management conference, the Court hereby sets the following schedule and deadlines:

- The joint pretrial order, proposed *voir dire*, requests to charge, and any motions *in limine* are due **Monday, October 6, 2025**.

- Responses to any motions *in limine* are due **Tuesday, October 14, 2025**.

- The final pretrial conference is scheduled for Friday, **October 31, 2025** at **9:30 a.m.** in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007.

- Trial will begin on **Monday, December 8, 2025**.[1]

SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: September 3, 2025
        New York, New York

---

[1] For the reasons stated on the record, the Court shall, with reasonable notice of a scheduling conflict, consider deferring the trial start date to Wednesday, December 10, 2025.