

**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

October 1, 2025

**VIA ECF**
The Honorable Paul Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    RE:   **Guadalupe Acosta v. Kennedy Children's Center**
            **Docket No. 1:24-cv-03358-PAE**

Your Honor:

    This office represents Plaintiff Guadalupe Acosta ("Plaintiff") in the above-referenced matter. We write, with Defendant's consent, to respectfully request an adjournment of the deadline for pre-trial submissions from October 6, 2025 to October 14, 2025, and the pre-trial conference currently scheduled for October 31, 2025 at 10:00 AM to a date on or before November 7, 2025.[1]

    The reason for this request is that I will be unavailable on October 31st due to out-of-state travel.

    The parties conferred and respectfully request a one-week adjournment of the pre-trial conference, along with a corresponding one-week extension of the pre-trial submission deadline. There have been no prior requests for an adjournment of either the conference or the pre-trial submissions, and this request will not affect any other deadlines in this matter.

    Thank you for Your Honor's time, consideration, and attention to this matter.

GRANTED. The pre-trial conference will be held on November 4, 2025 at 3:00 p.m.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 2, 2025
New York, New York

Respectfully submitted,

_____
Melissa Vo, Esq.
Phillips & Associates

---

[1] Defendant's counsel, Joseph Anci, is scheduled to begin a trial in Supreme Court, New York County on November 12, 2025. Should the Court grant this application, Mr. Anci respectfully requests that the final pre-trial conference be adjourned to a date before November 12, 2025.