UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUADALUPE ACOSTA,

                              Plaintiff,

      -v-

KENNEDY CHILDREN'S CENTER,

                              Defendant.

24 Civ. 3358

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 3, 2025, the Court granted the parties' request to adjourn the deadline for pre-trial submissions and to reschedule the pre-trial conference to November 4, 2025. Dkt. 48. On October 13 and 22, the parties requested additional extensions for their pre-trial submissions, which the Court granted on October 14 and 23, respectively. Dkts. 50–51, 66–67. To give the Court sufficient time to review the parties' pre-trial submissions in advance of the November 4 conference, the parties are ordered to file any replies in opposition to the motions *in limine* by 9 a.m. on November 3, 2025.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: October 30, 2025
       New York, New York