UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUADALUPE ACOSTA,

                              Plaintiff,

-v-

KENNEDY CHILDREN'S CENTER,

                              Defendant.

24 Civ. 3358

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A final pre-trial conference is scheduled in the above-captioned case for November 4, 2025 at 3:00 p.m. The Court requests that plaintiff file with the Court by 8:00 p.m. today a copy of the following:

- Plaintiff's Exhibit 22 "Texts with Wanda (Document Bates stamped **Acosta 000041–61**)"

Plaintiff is to also provide the Court with this material by emailing it to EngelmayerNYSDChambers@nysd.uscourts.gov/.

SO ORDERED.

                                                                      *Paul A. Engelmayer*
                                                                   PAUL A. ENGELMAYER
                                                                   United States District Judge

Dated: November 3, 2025
       New York, New York