UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUADALUPE ACOSTA,

                Plaintiff,

       -against-

KENNEDY CHILDREN'S CENTER,

                Defendant.

24 Civ. 3358 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

On the record of today's conference, the Court resolved the parties' motions *in limine*.

The Clerk of Court is therefore respectfully directed to terminate the motions pending at dockets 52, 56, 57, and 59.

Further, the Court set a final pretrial conference in the above-captioned matter for December 5, 2025 at 11:00 a.m. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

Dated:    November 4, 2025
           New York, New York

 

                                  PAUL A. ENGELMAYER
                                  United States District Judge