UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUADALUPE ACOSTA,

                                        Plaintiff,

                -against-

KENNEDY CHILDREN'S CENTER,

                                        Defendant.

24 Civ. 3358 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

Barring settlement, trial in this case is scheduled to begin on December 8, 2025. A final pretrial conference is scheduled for December 5, 2025 at 11:00 a.m. Dkt. 77. To enable the Court to prepare for trial, counsel shall provide the Court, before or at the December 5 conference:

- For *voir dire*, a joint list of all names (including but not limited to witnesses who will testify) that are likely to arise during trial.

- Identification of who will be present for trial for each side.

- Joint stipulations that the parties intend to offer at trial, including, but not limited to, those regarding healthcare records.

- Two trial exhibit binders from each party.

As the Court notified the parties at the last pretrial conference, plaintiff's counsel is directed to provide the Court, by the December 5 conference:

- Binders containing the deposition testimony of any witness who will be called.

Counsel will coordinate with the Court's Deputy, A.J. Smallman, to arrange a time before December 8, 2025 to become familiar with the projector and other technology in Courtroom 1305.

To the extent that any other trial-related issues arise, the parties shall confer promptly and, if no resolution is reached, notify the Court forthwith.

SO ORDERED.

Dated:    December 3, 2025
              New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge

2